IN THE UNITED STATES COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS GONZÁLEZ-CABÁN, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>JR SEAFOOD, INC., ET AL.,<br><br>Defendants. | CIV. NO.: 14-1507(GAG/SCC) |

**ORDER**

Currently pending before the undersigned is Defendant Packers Provision of Puerto Rico's motion to extend the time to produce its expert reports, Docket No. 180, along with some related motions. As it currently stands, Packers must submit its experts' reports tomorrow, September 3, 2015. Noting that the plaintiffs might move to depose new witnesses—and, subsequently, name new experts or amend their own experts' reports—Packers wants a thirty-day extension of time so that it can determine whether its experts will have to also respond

to additional experts or amended reports.

In its various responsive filings, the plaintiffs neglect to mention the issue animating Packers's motion: whether Plaintiffs wish to call additional witnesses. Because of this, and because of Plaintiffs' insistence that no extension be granted, the Court must assume that Plaintiffs are not intending to alter or add to their expert reports. For that reason, the motion for an extension of time is denied.[1] However, because the production deadline is tomorrow, and because the parties' back-and-forth has delayed the Court's ruling on this matter, Packers is given until September 9, 2015, to make its production.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 2nd day of September, 2015.

S/ SILVIA CARREÑO-COLL

UNITED STATES MAGISTRATE JUDGE

---

1. Plaintiffs' motion at Docket No. 180 is NOTED. Their motion to strike Packers's reply, Docket No. 190, is DENIED, although Packers are reminded that replies are not to be filed without prior leave of court.