IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS GONZALEZ CABAN, et al,

Plaintiffs,

v.

JR SEAFOOD, et al.,

Defendants.

CIVIL NO. 14-1507 (GAG)

### JUDGMENT

Pursuant to the Court's Opinion and Order at Docket No. 426, Judgment is hereby entered DISMISSING Plaintiffs' claims with prejudice.

**SO ORDERED.**

In San Juan, Puerto Rico this 25th day of March, 2019.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge