UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS GONZALEZ CABAN; BRAULIO
GONZALEZ REYES; JENNIFER GONZALEZ
MALDONADO; ARLENE GONZALEZ SOTO

    Plaintiffs

    Vs.                                                                                   CIVIL NO. 14-1507 (GAG)

JR SEAFOOD INC. AND ITS INSURER
INTEGRAND ASSURANCE COMPANY
INC.; PACKERS PROVISIONS OF
PUERTO RICO AND ITS INSURER
INTEGRAND ASSURANCE COMPANY,
INC; RAMON GUTIERREZ H/N/C/ GB
TRADING AND ITS INSURER "B";
EVARISTO RIVERA BERRÍOS D/B/A
RESTAURANTE EL NUEVO AMANECER
AND ITS INSURER COOPERATIVA DE
SEGUROS MULTIPLES DE PR; UNKNOWN
DEFENDANTS AND/OR DEFENDANTS
WHOSE IDENTITY OR EXISTENCE IS
UNKNOWN "C" TO "Z"

    Defendants

# NOTICE OF APPEAL

TO THE HONORABLE COURT:

Notice is given that the above named party plaintiffs, Luis González Cabán, Braulio González Reyes, Jenniffer González Maldonado, and Arlene González Soto hereby appeal from the "Opinion and Order" and "Summary Judgment" entered in the above-entitled action on March 25th, 2019, in favor of all defendants, to wit: JR Seafood Inc., Packers Provisions of Puerto Rico and their common insurer Integrand Assurance Company, Evaristo Rivera Berríos D/B/A/ Restaurante El Nuevo Amanecer, and his insurer Cooperativa de Seguros Múltiples de Puerto Rico, to the Honorable First Circuit Court of Appeals.

Respectfully Submitted.

In San Juan, Puerto Rico, this 23rd day of April, 2019.

                                         S/JAIME F. AGRAIT-LLADO
                                         USDC 207012
                                           **AGRAIT-LLADO LAW FIRM L.L.C.**
                                           **BLANCA E. AGRAIT-LLADO**
                                           **FRANCISCO AGRAIT-OLIVERAS**
                                           P.O. BOX 19-5193
                                           SAN JUAN P.R. 00919-5193
                                           TEL. 753-7130
                                           FAX. 763-1594
                                           E-mail: JFAgraitLaw@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which electronically mails notice to all the attorneys of record. Notice has also been delivered by mail to:

**Jorge J. Lopez-Lopez**
**Joanna Smith-Miró**
Lopez & Nevares LLP
1250 Ponce de Leon Ave.
San Jose Bldg. Suite 800 San Juan,
PR 00907-3949
Tel. 787-724-4828 787-640-0957
Fax: 787-722-7662
Emails: lopeznevareslaw@gmail.com
jsmithmiro.law@gmail.com

**Nuyen Marrero-Bonilla**
Calderon & Arroyo Law Offices
PO Box 195659San Juan,
PR 00919-5659 787-767-3629
Fax: 787-751-6602
Email: nuyenlin@gmail.com

**Nestor Daniel Galarza-Diaz**
**Eduardo J. Cobián-Roig**
Cobian Roig Law Offices
P.O. Box 9478 San Juan,
PR 00908-9478 787-593-9451
Emails: galarzadiaz@gmail.com
eduardo@cobianroig.com

**Jose Luis Ubarri-Garcia**
**David W. Román**
Ubarri & Roman
PO Box 79564 Carolina, PR
00984-9564 787-945-5900
787-370-1412 Fax: 787-945-5902
Emails: jlubarri@ubarri-romanlaw.com
droman@ubarri-romanlaw.com