# United States Court of Appeals
## For the First Circuit

No. 19-1450

LUIS GONZÁLEZ-CABÁN; BRAULIO GONZÁLEZ-REYES; JENNIFER GONZÁLEZ-MALDONADO; ARLENE GONZÁLEZ-SOTO,

Plaintiffs, Appellants,

v.

JR SEAFOOD INC.; PACKERS PROVISIONS OF PUERTO RICO INC.; PUERTO RICO MISCELLANEOUS INSURANCE GUARANTY ASSOCIATION, AS SUCCESSOR IN INTEREST OF INTEGRAND INSURANCE COMPANY; COOPERATIVA DE SEGUROS MÚLTIPLES DE PUERTO RICO; EVARISTO RIVERA-BERRIOS, d/b/a El Nuevo Amanecer,

Defendants, Appellees,

RAMÓN GUTIÉRREZ, d/b/a GB Trading,

Defendant.

**JUDGMENT**

Entered: September 2, 2022

This cause came on to be heard on appeal from the United States District Court for the District of Puerto Rico and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows:  The district court's decision granting summary judgment to the defendants is affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc:
Jaime F. Agrait-Llado
Jose L. Ubarri
David W. Roman Rodriguez
Jose Enrique Otero Matos
Wilfredo A. Geigel Sr.
Igor Jose Dominguez-Perez Sr.
Eduardo J. Cobian-Roig
Nuyen L. Marrero-Bonilla
Isabel M. Fullana-Fraticelli
Miriam Odette Gonzalez Olivencia